UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ANTHONY YUNIOR GARCIA DUARTE #A241-460-752** | **CIVIL ACTION NO. 25-1895 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S DEPT OF HOMELAND SECURITY ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 3), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 28th day of January, 2026.

*Jerry Edwards, Jr.*
_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**